RECEIVED

APR 26 2012

TONY R. MOORE, CLERK
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ROBERT BROUSSARD AND R.J. BROUSSARD GENERAL CONTRACTORS, INC. | CIVIL ACTION NO. 6:11-CV-01280 |
| VERSUS | JUDGE WALTER |
| MULTI-CHEM GROUP, LLC | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the action is REMANDED to the 16th Judicial District Court, Iberia Parish, Louisiana, consistent with the report and recommendation.

Lafayette, Louisiana, this 26 day of April, 2012.

Donald E. Walter
United States District Judge